ISABELLE LOWEN, Respondent, v. HENRY H. DREYER and Another, as Executors, etc., Appellants.— Judgment modified by reducing same to $2,387.60, including costs, with interest on $2,300 thereof from November 22, 1916, the date of the demand on the executor, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL WALSEY and Another, Copartners, etc., Respondents, v. R. NEUMANN & COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CRAMP & COMPANY, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROBERT E. CRUTCHFIELD, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HELEN LEVY, an Infant, by MARGARET DEUTSCH, Her Guardian ad Litem, Appellant, v. MAURICE LEVY, Respondent.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of THOMAS P. McKENNA.— Proceeding dismissed. Order to be settled on notice. Present — Scott, Laughlin, Smith and Page, JJ.

In the Matter of WHITE PLAINS ROAD.— Motions for leave to appeal to the Court of Appeals denied; reargument ordered in this court. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of JOSEPH A. YOUNG.— Reference ordered to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ARCHIBALD PALMER v. ALPHONSE BUCHLER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

FANNY RADER v. LEO J. RADER.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CARBONE.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ESTHER LEIT.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

PHILIP LESCHNICK v. NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

EUGENE SAXE v. J. CALVIN BOGERT.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.